UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **Juan David Parra,** Plaintiff, | |
| v. | |
| **Janet Napolitano**, Secretary, Department of Homeland Security; **Michael Aytes**, Director, Citizenship and Immigration Services; **Kathy Redman** Field Office Director, Citizenship and Immigration Services, Tampa, Florida; **Margaret Iglesias**, Field Office Director, Citizenship and Immigration Services, Orlando, Florida; **Eric H. Holder, Jr.,** Attorney General of the United States; **Robert Mueller**; Director, Federal Bureau of Investigation, Defendants | Case No. 6:09-cv-1536 |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW**, Juan David Parra, ("Plaintiff"), by and through his undersigned counsel, and hereby files this notice of voluntary dismissal.

In support thereof, Plaintiff states as follows :

1. That this Notice of Voluntary Dismissal is filed in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. That this action began when Plaintiff filed a Complaint with this Court. This action was filed on September 4, 2009.

3. That the instant action sought this Court's assistance with the issuance of a final determination on an application for immigration benefits pending before the

Department of Homeland Security (Form I-485, Application to Register Permanent Residence or Adjust Status).

4. That on or about January 29, 2010, Plaintiff's Form I-485 was approved. Therefore, he does not longer require the assistance of this Court in compelling Defendants to take further action with regards to his application.

5. That Plaintiff seeks to voluntarily dismiss this action.

6. That to the best of the undersigned's knowledge, this Notice of Voluntary Dismissal is being filed prior to the service of an answer by any of the adverse parties named in the Complaint.

7. Plaintiff contends that dismissal of this action at this time is in the best interests of justice.

**WHEREFORE**, Plaintiff respectfully requests that this Court take notice of the voluntary dismissal of this action in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 3, 2010

Respectfully submitted,

/s/  Mary Teruya  /s/
Mary Teruya, Esquire
Stoller & Moreno, P.A.
4445 South Conway Road
Orlando, Florida 32812
407-999-0088
(Fax) 407-382-9916
Florida Bar No. 31172

**CERTIFICATE OF SERVICE**

I, Mary Teruya, certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

United States Attorney's Office
501 West Church Street
Suite 300
Orlando, Florida 32805

/s/   Mary Teruya   /s/
Mary Teruya, Esquire
Stoller & Moreno, P.A.
4445 South Conway Road
Orlando, Florida 32812
407-999-0088
(Fax) 407-382-9916
Florida Bar No. 31172