**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUAN DAVID PARRA,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:09-cv-1536-Orl-31GJK**

**JANET NAPOLITANO Secretary,**
**Department of Homeland Security;**
**MICHAEL AYTES**
**Director, Citizenship and Immigration**
**Services; KATHY REDMAN Field Office**
**Director, Citizenship and Immigration**
**Services, Tampa, Florida; MARGARET**
**IGLESIAS Field Office Director,**
**Citizenship and Immigration Services,**
**Orlando, Florida; ERIC H. HOLDER, JR.**
**Attorney General of the United States;**
**ROBERT MUELLER Director, Federal**
**Bureau of Investigation,**

        **Defendants.**
_____

## ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal (Doc. No. 14), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 4, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party